Form 4
(10/05)

# United States Bankruptcy Court
## District of Massachusetts

In re   **SOS Realty LLC** _____   Case No.   **06-11381-JNF** _____

_____ Debtor(s)   Chapter   **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allstate Painting Co., Inc. 34 Day Street Norwood, MA 02062 | Allstate Painting Co., Inc. 34 Day Street Norwood, MA 02062 781-769-4300 | | | 10,961.00 |
| American Express P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | American Express P.O. Box 360002 Ft. Lauderdale, FL 33336-0002 | | | 34,949.00 |
| Blue Cross/Blue Shield of Mass Customer Financial Management M/S 01-07 Landmark Center 401 Park Drive Boston, MA 02215-3326 | Jesse Keene Blue Cross/Blue Shield of Mass | | | 21,827.32 |
| City of Boston Room M5 One City Hall Plaza Boston, MA 02201 | City of Boston Room M5 One City Hall Plaza Boston, MA 02201 | real estate taxes | | 10,994.66 |
| DiMento & Sullivan Attn: Jimmy DiMento Seven Faneuil Marketplace Boston, MA 02109 | Jimmy DiMento DiMento & Sullivan Attn: Jimmy DiMento Seven Faneuil Marketplace Boston, MA 02109 617-523-2345 | legal services | | 48,252.50 |
| Extreme Plumbing, Inc. Attn: Ernie Cito 256 Washington Street Boxford, MA 01921 | Ernie Cito Extreme Plumbing, Inc. Attn: Ernie Cito 256 Washington Street Boxford, MA 01921 978-500-9130 | | | 8,813.00 |
| Iodice Family LLC 399 Hurricane Hill Road Mason, NH 03048 | Iodice Family LLC 399 Hurricane Hill Road Mason, NH 03048 603-234-5085 | | Disputed | 20,360.00 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **SOS Realty LLC** _____   Case No.   **06-11381-JNF** _____

                                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Janus Development<br>225A Grove Street<br>West Roxbury, MA 02132 | Janus Development<br>225A Grove Street<br>West Roxbury, MA 02132<br>617-363-0001 | Construction, payroll, payroll taxes | | 201,040.00 |
| Leamar Industries, Inc.<br>171 Locke Drive<br>Marlborough, MA 01752 | Leamar Industries, Inc.<br>171 Locke Drive<br>Marlborough, MA 01752<br>508-786-3088 | | | 21,630.00 |
| Lynco Fire Protection, Inc.<br>19 Grant Avenue<br>Burlington, MA 01803 | Roy<br>Lynco Fire Protection, Inc.<br>19 Grant Avenue<br>Burlington, MA 01803<br>781-221-0111 | | | 16,000.00 |
| Mackay Construction Services, Inc.<br>27 Plymouth Road<br>Wakefield, MA 01880 | Tommy<br>Mackay Construction Services, Inc.<br>27 Plymouth Road<br>Wakefield, MA 01880<br>781-621-8599 | | | 51,550.00 |
| National Lumber<br>Attn: Rocky Carlino<br>71 Maple Street<br>P.O. Box 9032<br>Mansfield, MA 02048 | Rocky Carlino<br>National Lumber<br>Attn: Rocky Carlino<br>71 Maple Street<br>Mansfield, MA 02048<br>508-509-9311 | | Disputed | 23,000.00 |
| Nuzzo Mechanical, Inc.<br>Attn: Steve Nuzzo<br>743 Broadway<br>Everett, MA 02149 | Steve Nuzzo<br>Nuzzo Mechanical, Inc.<br>Attn: Steve Nuzzo<br>743 Broadway<br>Everett, MA 02149<br>617-387-2444 | | | 16,300.00 |
| Pan Electric Company, Inc.<br>83 Raycroft Street<br>Quincy, MA 02169 | Peter Pan<br>Pan Electric Company, Inc.<br>83 Raycroft Street<br>Quincy, MA 02169<br>617-338-3038 | | | 8,200.00 |
| Paul Donavan<br>66 Ruggles Street<br>Quincy, MA 02169 | Paul Donovan<br>66 Ruggles Street<br>Quincy, MA 02169<br>617-504-6402 | | | 19,265.60 |
| Paul's Plastering<br>43 Pennsylvania Ave.<br>Somerville, MA 02145 | Paul's Plastering<br>43 Pennsylvania Ave.<br>Somerville, MA 02145<br>617-293-5634 | | | 23,500.00 |
| T-Quip Sales & Rentals<br>342 Rockingham Road<br>Londonderry, NH 03053 | Bruce Bellegarde<br>T-Quip Sales & Rentals<br>342 Rockingham Road<br>Londonderry, NH 03053<br>603-623-3669 | | Disputed | 19,640.64 |

In re   **SOS Realty LLC**                                    Case No.   **06-11381-JNF**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tiles By Perfection 190 Willard Street Quincy, MA 02169 | Tiles By Perfection 190 Willard Street Quincy, MA 02169 617-479-4944 | | | 22,192.16 |
| Tran Floor Sanding Corp. 347 Reedsdale Road Milton, MA 02186 | Tran Floor Sanding Corp. 347 Reedsdale Road Milton, MA 02186 800-501-5851 | | | 8,350.00 |
| Washington Grove Condominium P.O. Box 223 Dedham, MA 02027 | Washington Grove Condominium P.O. Box 223 Dedham, MA 02027 | Condominium fees for unsold units | | 17,949.11 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 30, 2006**                    Signature   _____

Barry Queen
Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy